Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JUNE 29, 20 16

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-192 RAJ |
|---|---|
| Plaintiff, | |
| v. | INDICTMENT |
| HABIBA SALIH AGGAG, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1
### (International Parental Kidnapping)

Beginning on or about September 9, 2013, and continuing until the present, in Snohomish County, within the Western District of Washington, and elsewhere, HABIBA SALIH AGGAG removed a child under the age of 16, specifically, MV1, from the United States and has retained MV1 outside the United States with the intent to obstruct the lawful exercise of parental rights of another, that is, M.E.

All in violation of Title 18, United States Code, Section 1204(a).

## COUNT 2
### (International Parental Kidnapping)

Beginning on or about September 9, 2013, and continuing until the present, in Snohomish County, within the Western District of Washington, and elsewhere, HABIBA SALIH AGGAG removed a child under the age of 16, specifically, MV2, from the United States and has retained MV2 outside the United States with the intent to obstruct the lawful exercise of parental rights of another, that is, M.E.

All in violation of Title 18, United States Code, Section 1204(a).

A TRUE BILL: 6-29-2016

DATED:

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
ANDRÉ M. PEÑALVER
Assistant United States Attorney