Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HABIBA SALIH AGGAG,<br><br>Defendant. | NO. CR16-192 RAJ<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT<br><br>Noting date: September 27, 2019 |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and André M. Peñalver, Assistant United States Attorney, submits this motion to dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

//
//
//
//
//
//

MOTION TO DISMISS INDICTMENT / *United States v. Aggag* - 1
CR16-192 RAJ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  The government respectfully requests this Court to dismiss, without prejudice, the
2  Indictment in the above-entitled cause.
3  Dated this 19th day of September, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney


*André M. Peñalver*
ANDRÉ M. PEÑALVER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
E-Mail: andre.penalver@usdoj.gov

MOTION TO DISMISS INDICTMENT / *United States v. Aggag* - 2
CR16-192 RAJ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800