Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HABIBA SALIH AGGAG,<br><br>Defendant. | NO. CR16-192 RAJ<br><br>ORDER OF DISMISSAL |

Upon motion by the United States of America requesting the dismissal without prejudice of the Indictment in the above-entitled cause; this Court, having reviewed the entirety of the files herein, hereby ORDERS,

The Indictment in the above-entitled cause is DISMISSED WITHOUT PREJUDICE as to Defendant Habiba Salih Aggag.

The Clerk of the Court is directed to provide a copy of this Order of Dismissal to the United States Marshal's Service.

DATED this 25th day of September, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL / *United States v. Aggag*
CR16-192 RAJ- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800