UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00192-RAJ |
| Plaintiff, | |
| v. | ORDER |
| HABIBA SALIH AGGAG, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On June 29, 2016, Defendant Habiba Salih Aggag was indicted and an arrest warrant was issued. (Dkt. Nos. 1, 3.) On September 25, 2019, upon the Government's motion, the Court entered an Order of Dismissal of Indictment without prejudice. (Dkt. Nos. 5, 6.)

On February 4, 2022, the Court ordered the Government to show cause why this case should be maintained under seal (Dkt. No. 7). The Government did not respond. As the charges in this case have been dismissed, the Court hereby DIRECTS the Clerk to unseal this case.

DATED this 4th day of March, 2022.

The Honorable Richard A. Jones
United States District Judge